

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-10009-02 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| MANUEL VILLANEUVA | MAGISTRATE JUDGE JAMES D. KIRK |

## ORDER APPOINTING INTERPRETER

The court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby ORDERED that:

**ELOISE ANDRIES**

be appointed as interpreter to assist in the arraignment and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

Alexandria, Louisiana, this 26 day of September 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE